UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

**ELECTRONICALLY FILED**

| | | |
|---|---|---|
| KENTUCKY COAL ASSOCIATION | ) | |
| Plaintiff | ) | Case No. 10-cv-125-ART |
| | ) | |
| v. | ) | |
| | ) | **RULE 7.1 DISCLOSURE** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al. | ) ) | |
| | ) | **STATEMENT** |
| | ) | |
| Defendant | ) | |

*******

The Plaintiff, Kentucky Coal Association, is a non-profit trade association. It has no parent corporation and no publicly held company owns 10% or more of its stock.

Respectfully submitted,

/s/ Mindy G. Barfield
Mindy G. Barfield
DINSMORE & SHOHL LLP
250 West Main Street, Suite 1400
Lexington, Kentucky 40507
(859) 425-1025
Fax: (859) 425-1099
mindy.barfield@dinslaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Rule 7.1 Disclosure Statement through the ECF system on this 18th day of October, 2010. A copy was also served via U.S. mail upon:

U.S. Attorney Office for the Eastern District of Kentucky
260 West Main Street, Suite 300
Lexington, KY 40507-1612
ATTN: Civil Process Clerk

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Lisa Jackson, in her Official Capacity,
Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

/s/ Mindy G. Barfield
Counsel for Plaintiff

398477v1